# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MANUEL RODRIGUEZ
ADC #128041                                                                                           PLAINTIFF

V.                                      5:09CV00062 BSM/JTR

FELICIA PIGGEE, CO-II,
Varner Unit, Arkansas Department of Correction                                          DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to plaintiff's failure to timely and properly comply with the court's March 3, 2009 Order. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 9th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE